IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIRANDA WILSON,<br>*Plaintiff* | § § § § | |
| V. | § § § | CIVIL ACTION NO. 16-484 |
| LIBERTY MUTUAL GROUP INC.,<br>*Defendant* | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

NOW COME Miranda Wilson, Plaintiff herein, and Liberty Mutual Group Inc., Defendant herein, by and through their respective counsel, and jointly move the Court to dismiss with prejudice all claims of Miranda Wilson and for such would show as follows.

1.

Plaintiff Miranda Wilson and Defendant Liberty Mutual Group Inc., would represent to the Court that all claims and causes of action asserted herein by the Plaintiff Miranda Wilson against the Defendant Liberty Mutual Group Inc. have been fully compromised and settled by and between Plaintiff Miranda Wilson and Defendant Liberty Mutual Group Inc.. Accordingly, Plaintiff Miranda Wilson and Defendant Liberty Mutual Group Inc. desire to have all of Plaintiff's claims and causes of action asserted herein be dismissed *with prejudice* to the rights of Plaintiff Miranda Wilson to hereafter reassert or refile any claim or cause of action asserted or which could have been asserted herein against Defendant.

Doc# 63Y8175.DOCX

1

2.

The Court is further requested to tax all costs of Court against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Miranda Wilson and Defendant Liberty Mutual Group Inc. respectfully request that all claims and causes of action asserted herein by Plaintiff against Defendant be dismissed with prejudice, that all costs be taxed against the party incurring same, and that the Court enter such other orders as it deems necessary for justice under the premises.

Respectfully submitted,

*/s/ Steven Hooker*

Steven Hooker
State Bar No. 24086384
Of
DANIEL STARK, P.C.
P. O. Box 1153
Bryan, Texas 77806
(979) 846-8686
FAX: (979) 764-8002
shooker@danielstarklaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Neal E. Pirkle*

Neal E. Pirkle
State Bar No. 00794464
Joe Rivera
State Bar No. 24065981
of
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Ave., 8th Floor
P. O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
FAX (254) 754-6331

ATTORNEYS FOR DEFENDANT