IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIRANDA WILSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:16-CV-484-RP |
| LIBERTY MUTUAL GROUP, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, (Dkt. 19). The parties have requested that the Court dismiss the case with prejudice in light of a settlement agreement. *See* Fed. R. Civ. P. 41(a) (allowing an action to be dismissed by joint stipulation of all parties).

The parties' joint motion to dismiss with prejudice, (Dkt. 19), is **GRANTED**. **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs and fees. The Clerk's office is directed to **CLOSE** the case.

**SIGNED** on December 11, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE